## UNITED STATES of America, Appellant, v. J. F. ADAMS, Guardian of James B. Brown, Appellee.

### No. 7080.

Circuit Court of Appeals, Sixth Circuit.

Nov. 13, 1936.

Horace Frierson, Jr., U. S. Atty., and Richard N. Ivins, both of Nashville, Tenn.

Sterling S. Brown, of Woodbury, Tenn., for appellee.

Before HICKS and ALLEN, Circuit Judges, and RAYMOND, District Judge.

PER CURIAM.

It appearing upon a consideration of this cause that there was substantial evidence upon which to submit to the jury the issue as to whether the veteran, James B. Brown, became totally and permanently disabled during the life of the policy sued on, and it further appearing that there is no reversible error in the record,

It is ordered that the judgment be, and it is hereby, affirmed.

## The UNITED STATES of America v. AMERICAN NATIONAL BANK & TRUST CO.

### No. 5892.

Circuit Court of Appeals, Seventh Circuit.

Sept. 21, 1936.

M. L. Igoe, of Chicago, Ill., for appellant.

Stephen A. Cross, of Chicago, Ill., for appellee.

Before SPARKS, ALSCHULER, and PAGE, Circuit Judges.

PER CURIAM.

Now this day come the parties by their counsel and present and file a stipulation to dismiss this appeal, which said stipulation is in the words and figures following, to wit: "It is hereby stipulated and agreed by and between Michael L. Igoe, United States Attorney, counsel of record for the appellant in the above styled cause, and Stephen A. Cross, counsel of record for the appellee in the above styled cause, that the appeal heretofore perfected may be dismissed by agreement."

On consideration whereof, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed, pursuant to the foregoing stipulation.

## UNITED STATES of America, Appellant, v. Granville M. BIGGS, Appellee.

### No. 7043.

Circuit Court of Appeals, Sixth Circuit.

Jan. 7, 1937.

William McClanahan, U. S. Atty., of Memphis, Tenn.

Charles L. Neely, of Memphis, Tenn., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

SIMONS, Circuit Judge.

Upon consideration of the oral argument of the appellant in the above cause and the briefs and record filed therein, and it appearing that the action was upon a war risk insurance contract which lapsed for failure to pay premiums on May 31, 1919, and that suit was begun on May 2, 1932, and it further appearing that there was no substantial evidence submitted on behalf of the insured tending to show total and permanent disability during the life of the policy, and that the District Court was in error in overruling a motion for directed verdict at the close of all the evidence,

It is hereby ordered upon the authority of Lumbra v. United States, 290 U.S. 551, 54 S.Ct. 272, 78 L.Ed. 492; United States v. Spaulding, 293 U.S. 498, 55 S.Ct. 273, 79 L.Ed. 617; United States v. Hodges, 74 F.(2d) 617 (C.C.A.6); and United States v. Gwin, 68 F.(2d) 124 (C.C.A.6), that the judgment entered in the said cause be, and it is hereby, reversed.